UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates to:**

| | |
|---|---|
| *Heather Ignacek v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10898-DRH |
| *Cheryl Raistrick v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10793-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 25, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.08.26
14:49:01 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT